UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KHALEEFA LAMBERT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 3:17-cv-01005 |
| v. | ) | Judge Trauger |
| | ) | |
| DARREN SETTLES, | ) | |
| | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

Pro se petitioner Khaleefa Lambert has filed a Notice of Appeal (Doc. No. 19) seeking appellate review of the Court's Order and Memorandum Opinion in which the Court denied his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and dismissed this action with prejudice. (Doc. Nos. 16 and 17). In the same Order, the Court denied a Certificate of Appealability. (Doc. No. 17).

To prosecute a civil appeal, a petitioner must file a timely Notice of Appeal accompanied by either the full appellate filing fee or an application to proceed in forma pauperis in lieu thereof. 28 U.S.C. § 1915(a)(1). The petitioner has submitted neither the appellate filing fee or an application to proceed in forma pauperis.

The petitioner is hereby **GRANTED** 28 days within which to submit either the required appellate filing fee of five hundred and five dollars ($505.00) or an application to proceed in forma pauperis. The Clerk is **DIRECTED** to mail the petitioner a blank application to proceed in forma pauperis for the petitioner's convenience.

An extension of time to pay the appellate filing fee may be requested from this court if filed within 28 days from the date the petitioner receives this order. *Floyd v. United States Postal*

1

*Service*, 105 F.3d 274, 279 (6th Cir. 1997), *superceded on other grounds by* Rule 24, Fed. R. App. P.

The Clerk is **DIRECTED** to provide a copy of this Order to the United States Court of Appeals for the Sixth Circuit.

It is so **ORDERED**.

ENTER this 11th day of February 2019.

_____
Aleta A. Trauger
United States District Court